**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7107**

CARLOS MAYBERRY, a/k/a Bel Sable Napolean,

Plaintiff - Appellant,

v.

J. PHILIP MORGAN, Warden,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D.  Quarles,  Jr., District
Judge.  (1:11-cv-02215-WDQ)

Submitted: November 20, 2012      Decided: November 26, 2012

Before TRAXLER,  Chief  Judge,  and SHEDD  and  FLOYD,  Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Carlos R.  Mayberry, Appellant Pro Se.  Stephanie Judith Lane-
Weber,  Assistant  Attorney  General,  Baltimore,  Maryland,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Mayberry appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mayberry v. Morgan, No. 1:11-cv-02215-WDQ (D. Md. June 15, 2012). Mayberry's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2